PD-0723-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/12/2015 2:55:30 PM
Accepted 6/12/2015 3:28:50 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| TROY SCOTT BURCIE,<br>　　　APPELLANT | § § § | |
| v. | § | NO. PD-_____-15 |
| | § | |
| THE STATE OF TEXAS,<br>　　　APPELLEE | § § § | |

## FIRST MOTION FOR EXTENSION OF TIME FOR FILING OF STATE'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

The State requests that the Court grant an extension of time for the filing of the State's petition for review in this case. Tex. R. App. P. 10.5(b) & 68.2(c). The following allegations are made in support of this motion:

- I -

The court below is the Court of Appeals for the Eighth Court of Appeals District of Texas. The style and cause number of the case in the court of appeals is *Troy Scott Burcie v. State*, cause number 08-13-00212-CR. On May 14, 2015, the Eighth Court of Appeals reversed Appellant's felony DWI conviction in an unpublished opinion; Chief Justice Ann C. McClure authored the opinion. No motion for rehearing was filed.

FILED IN
COURT OF CRIMINAL APPEALS

June 12, 2015

ABEL ACOSTA, CLERK

The appeal initially arose out of proceedings in the 371st Judicial District Court of Tarrant County, Texas. The style and number of the case in the trial court is *The State of Texas v. Troy Scott Burcie,* cause number 1287926D.

- II -

Appellant was convicted of felony driving while intoxicated. He received a two-year sentence and is not currently incarcerated.

- III -

The appeal was perfected in this case on July 1, 2013, the date notice of appeal was filed.

- IV -

The current deadline for filing the State's petition for discretionary review is June 15, 2015. No extension has previously been sought regarding the State's petition.

- V -

The extension is not requested for purposes of delay, but rather to adequately address the legal issues warranted by the decision of the court of appeals.

- VI -

Additionally, counsel has had the following other obligations which have prevented her from filing the State's petition. Before the Second Court of Appeals, counsel filed the State's brief in *State of Texas v. Raymond McClendon*, cause number 02-15-00019-CR, arising out of Criminal District Court No. 1 of Tarrant County. Also before that court, counsel presented oral argument in *Jeremy Aaron Bonsignore v*. State, cause number 02-14-00146-CR; counsel also filed a post-submission letter brief of authorities. Counsel also reviewed a record and filed a notice of appeal with that court in *State v. Connie Torrez*, cause number 02-15-00170-CR, appealing a pretrial order out of County Criminal Court No. 1. Before this Court, counsel filed her State's petition for discretionary review in *Joshua Ed Bowyer v. State*, cause number PD-0412-15. Also, counsel reviewed and researched a unique legal issue in an impending motion to suppress in *State v. David Lewis Lowery III*, cause number 1399575 in County Criminal Court No. 7. Counsel also researched and prepared the State's arguments for a pretrial hearing in *State v. Jerid Dragna*, cause number 1373703 in County Criminal Court No. 1. Counsel

also reviewed a case and drafted indictment language in *State v. Beth M. Branum*, a vehicular homicide which is currently unfiled.

Counsel was away from the office ill during May on two occasions. Counsel was also away from the office late May and early June for more than a week to travel out of town to attend her daughter's college commencement and, later, to move her daughter post-graduation. Counsel also was away from the office on June 10, 2015, for City of Fort Worth jury service. For all of these reasons, counsel requests an additional 30 days in which to file the State's petition.

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that the Court grant this First Motion for Extension of Time for Filing the State's Petition for Discretionary Review and extend the time for filing of the State's petition for thirty days until July 15, 2015.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR, Assistant
Criminal District Attorney
Chief, Post-Conviction

/s/ Tanya S. Dohoney
TANYA S. DOHONEY, Assistant
Criminal District Attorney
State Bar No. 02760900
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
CCAAppellateAlerts@TarrantCountytx.gov

## **CERTIFICATE OF SERVICE**

A true copy of the State's motion has been e-served on the Hon. Abe Factor, lawfactor@yahoo.com, 5719 Airport Freeway, Fort Worth, Texas 76117 and to the State Prosecuting Attorney, the Hon. Lisa C. McMinn, information@spa.texas.gov, P.O. Box 13046, Austin, Texas 78711 on this 12th day of June, 2015.

/s/ Tanya S. Dohoney
TANYA S. DOHONEY

H:\DOHONEY.D11\MOTIONS\061515 burcie 1x pdr.rtf